IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

_____

| | | |
|---|---|---|
| THE WHITING-TURNER CONTRACTING COMPANY, | * | |
| | * | |
| Plaintiff, | * | Civil No. 1:13-cv-00348-JFM |
| | * | |
| v. | * | |
| | * | |
| WESTCHESTER FIRE INSURANCE COMPANY, | * | |
| | * | |
| Defendant. | * | |

_____

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, Plaintiff The Whiting-Turner Contracting Company and Defendant Westchester Fire Insurance Co., through their respective undersigned counsel, hereby stipulate to the dismissal of all claims and counterclaims alleged in this action, with prejudice.

Each party shall pay its own costs, expenses, and fees.

Dated: November 7, 2013                    Respectfully submitted,

                                           */s/ Matthew R. Alsip*
                                           _____
                                           C. Carey Deeley, Jr. (Bar No. 03077)
                                           Matthew R. Alsip (Bar No. 28002)
                                           Venable LLP
                                           210 West Pennsylvania Avenue, Suite 500
                                           Towson, Maryland 21204
                                           (410) 494-6200 (telephone)
                                           (410) 821-0147 (facsimile)
                                           ccdeeley@venable.com
                                           mralsip@venable.com

                                           *Counsel for Plaintiff*

1

7273420

                          */s/ Paul T. DeVlieger* (signed with permission)
                          _____
                          Paul T. DeVlieger, Esquire
                          (*admitted pro hac vice*)
                          DeVlieger Hilser P.C.
                          1518 Walnut Street, 16th Floor
                          Philadelphia, Pennsylvania 19102

                          Robert C. Morgan, Esquire
                          Joseph S. Johnston, Esquire
                          Morgan Carlo Downs & Everton
                          Executive Plaza III, Suite 400
                          11350 McCormick Road
                          Hunt Valley, Maryland 21031

                          *Counsel for Defendant*

7273420